914 A.2d 867

**Rhona Savitsky STEWART, Appellee**

v.

**Craig STEWART, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 2006.

Decided Dec. 21, 2006.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.